UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RAY BAILEY**  PLAINTIFF

v.  CIVIL ACTION NO. 2:23-cv-105-TBM-RPM

**WIS-PAK CENTRAL, INC.,
WIS-PAK OF HATTIESBURG, LLC,
MARK EVANS, GEORGE BRICE,
DEFENDANTS 1-10, ALL WHOSE NAMES
ARE PRESENTLY UNKNOWN, INDIVIDUALLY**  DEFENDANTS

## AGREED ORDER DISMISSING UNSERVED DEFENDANTS

THIS CAUSE comes upon by agreement of the parties to dismiss the unserved defendants in this cause of action, being Wis-Pak Central, Inc., Mark Evans and George Brice. This Court notes by signature of parties' counsel, both sides are in agreement with this Order.

ACCORDINGLY, this Court finds that the Motion previously filed by Defendants [7] should be granted. Mark Evans, George Brice, and Wis-Pak Central, Inc. are hereby dismissed from this suit.

SO ORDERED, this the 31st day of May, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE

This Order is prepared by:

/s Thomas L. Carpenter
Thomas L. Carpenter, MB #9808
Wise Carter
2510 14th Street, Suite 1125
Gulfport, MS 39501
Phone: (228)-867-7141
Email: tlc@wisecarter.com

Agreed as to form and substance:

/s Zeb Vance Baucum
Zeb Vance Baucum, MB #105660
Baucum Law Firm, PLLC
P.O. Box 306
Laurel, MS 39441
E-mail: zbaucum@baucumlawms.com